UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRYSTHYAN ROJAS LOPEZ,

Petitioner,

v.

JOHNSON et al.,

Respondent.

Case No. 5:26-cv-02812-DOC-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition in part. Respondents are **ORDERED** to either provide Petitioner **Crysthyan Rojas Lopez (A# 200-156-108)** with a bond hearing pursuant to the injunction in Rodriguez v. Robbins, 715 F.3d 1127, 1131 (9th Cir. 2013) no later than November 17, 2026, at which the Government bears the burden of proof by clear and convincing evidence to show that Petitioner is a danger to the community and/or a flight risk that cannot be mitigated by conditions of release including, but not limited to, electronic monitoring, or release Petitioner from custody if such bond hearing is not timely provided (except that if Petitioner requests a delay, then the hearing may be

provided beyond the November 17, 2026 deadline and Respondents shall grant any reasonable request for delay).

Respondents shall file a Notice of Compliance within three days of the bond hearing occurring.

Dated: November 24, 2026

David O. Carter

JUDGE DAVID O. CARTER
United States District Judge